```
            UNITED STATES DISTRICT COURT
         FOR THE DISTRICT OF MASSACHUSETTS


UNITED STATES                    )
                                 )
     v.                          )  Crim. No. 25-10364-JEK
                                 )
QICHEN YUAN                      )
```

## NOTICE OF APPEARANCE OF COUNSEL

Please enter my appearance as counsel for the defendant Qichen Yuan in this case.

<u>/s/ Syrie D. Fried</u>
Syrie Davis Fried
   BBO No. 555815
GOOD SCHNEIDER CORMIER
FRIED & BROOKS
83 Atlantic Avenue
Boston, MA 02110
(617) 523-5933
sf@gscfb.com

**Certificate of Service**

I, Syrie D. Fried, do hereby certify that the above Notice of Appearance, was filed electronically via this Court's Electronic Case Filing system ("ECF"), and will be served electronically upon the registered participants as identified on the Notice of Electronic Filing (NEF) this 23rd day of January, 2026.

<u>/s/ Syrie D. Fried</u>