UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 1:25-cr-10364-JEK-DLC |
| ) | |
| QICHEN YUAN, ) | |
| ) | |
| Defendant. ) | |

## JOINT STATUS REPORT

Pursuant to Local Rule 116.5(b), the parties state as follows:

**(1)    Status of Automatic Discovery and Pending Discovery Requests**

The government produced automatic discovery on October 8, 2025 and on October 20, 2025. At defense counsel's request, the government reproduced the discovery to successor counsel (who entered her appearance on January 23, 2026) on January 30, 2026 and February 12, 2026. Defendant has not yet produced any discovery to the government. The government has requested reciprocal discovery under Fed. R. Crim. P. 16(b) and Local Rule 116.1(D). There are currently no other pending discovery requests.

**(2)    Timing of Any Additional Discovery to Be Produced**

Should the government obtain additional Rule 16 discovery, it will provide it to the defendant pursuant to Local Rule 116.7.

**(3)    Timing of Any Additional Discovery Requests**

Defendant is still reviewing the materials produced thus far and has not yet made any discovery requests.

**(4)** **Protective Orders**

The parties are not seeking a protective order in this case.

**(5)** **Pretrial Motions Under Fed. R. Crim. P. 12(b)**

The defendant is reviewing the discovery materials and evaluating the merits of any motions under Fed. R. Crim. P. 12(b).

**(6)** **Timing of Expert Disclosures**

Should expert testimony prove necessary, the government agrees to make the requisite expert witness disclosures 60 days before trial; the defendant agrees to make reciprocal disclosures 45 days before trial; and the government agrees to make disclosures regarding rebuttal experts, if any, 30 days before trial.

**(7)** **Defenses of Insanity, Public Authority, or Alibi**

The defendant is still reviewing discovery and cannot yet determine whether any such defenses will be offered.

**(8)** **Speedy Trial Act Calculation**

The 70-day period specified in 18 U.S.C. § 3161(c)(1) commenced on September 22, 2025. The Court excluded all time between September 22, 2025 and March 4, 2026 (ECF Nos. 21, 26, 29, 32). Accordingly, on the date of the scheduled status conference, no non-excludable delays will have elapsed, and 70 days will remain on the Speedy Trial clock.

**(9)** **Status of Plea Discussions and Estimated Length of Trial**

The government had discussions regarding a potential plea with former defense counsel. The parties expect to resume discussions over the coming weeks. If the case were to go to trial, the government currently estimates that its case in chief would not exceed one week.

**(10) Timing of an Interim Status Conference**

The parties request that the Court convene an interim status conference in approximately 60 days or at a date thereafter that is convenient for the Court. The parties seek 60 days because successor counsel has had less than a month to review most of the discovery and two weeks to review the phone extraction.

The parties ask the Court to exclude the period until that conference under 18 U.S.C. § 3161(h)(7) in order that the defendant may have adequate time to review discovery and for the parties to explore potential resolutions. The defendant agrees to exclude the time between March 4, 2026 and the date of the interim status conference from the Speedy Trial calculation.

Respectfully submitted this 25th day of February 2026,

| | |
|---|---|
| QICHEN YUAN | LEAH B. FOLEY |
| Defendant | United States Attorney |
| | |
| */s/ Syrie D. Fried* | */s/ Torey B. Cummings* |
| Syrie D. Fried | Torey B. Cummings |
| Counsel for Defendant | Assistant U.S. Attorney |

CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2026, this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants.

*/s/ Torey B. Cummings*
Torey B. Cummings
Assistant U.S. Attorney